IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

BRIAN D. RHODES,

Plaintiff,

vs.

CAROLYN W. COLVIN,
Commissioner of Social Security,

Defendant

No. C12-0106

ORDER GRANTING APPLICATION
FOR ATTORNEY FEES

This matter comes before the Court on the Motion for Attorneys Fees Pursuant to 42 U.S.C. § 406(B) (docket number 23) filed by the Plaintiff on August 5, 2014, and the Response (docket number 24) filed by the Defendant on August 15, 2014. Plaintiff requests that the Court order attorney fees in the amount of $12,052.50. According to the response, Defendant agrees to the request. The Court finds the application should be granted.

ORDER

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorneys Fees (docket number 23) is **GRANTED**. Judgment will be entered in favor of the Plaintiff for attorney fees in the amount of Twelve Thousand Fifty-Two Dollars and Fifty cents ($12,052.50) to be paid by the Social Security Administration.

IT IS FURTHER ORDERED that Plaintiff's counsel shall refund the previously-awarded EAJA fees to Plaintiff in the amount of Four Thousand Sixty Dollars and thirty-four cents ($4,060.34).

DATED this 18th day of August, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA